USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/2/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOHNNY RIVAS, et al.,

                Plaintiffs,

-against-

FELIDIA RESTAURANT, INC. et al.,

                Defendants.
------------------------------------------------------------X

19 Civ. 9218 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial conference in this action is set for December 5, 2019, at 10:30 A.M. and pre-conference materials were due on November 28, 2019. (Dkt No. 12);

WHEREAS, as November 28, 2019, was a federal holiday, the pre-conference materials were due November 29, 2019. *See* Fed. R. Civ. P. 6(a)(2)(C) ("[I]f the period would end on a Saturday, Sunday, or legal holiday, the period continues to run until the same time on the next day that is not a Saturday, Sunday, or legal holiday").

WHEREAS, the parties have not filed the pre-conference materials. It is hereby

**ORDERED** that the parties shall file their pre-conference materials no later than December 3, 2019. Failure to follow the Court's orders may result in sanctions.

Dated: December 2, 2019
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**