```
UNITED STATES DISTRICT COURT                    USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                   DOCUMENT
------------------------------------------------------X   ELECTRONICALLY FILED
                                            :             DOC #:_____
JOHNNY RIVAS, et al.                        :             DATE FILED: 12/5/2019
                    Plaintiffs              :
                                            :             19 Civ. 9218 (LGS)
          -against-                         :
                                            :             ORDER
FELIDIA RESTAURANT, INC. et al.             :
                    Defendants.             :
------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for December 5, 2019 (Dkt. No. 12),

WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan.  It is hereby

**ORDERED** that the December 5, 2019, initial pretrial conference is **cancelled**.  The case management plan and scheduling order will issue in a separate order.  The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date.

The parties should be aware that the Court does not extend the deadlines for fact discovery absent compelling circumstances.  The parties shall file pre-motion letters pursuant to the Court's Individual Rules when prepared to file a motion to dismiss or a motion to conditionally certify a collective action.

The Court of Clerk is respectfully directed to close Docket No. 15.

Dated: December 5, 2019
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE