UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                 :

JOHNNY RIVAS, et al.                :
                Plaintiffs    :

                 :

        -against-         :

                 :

FELIDIA RESTAURANT, INC. et al.   :
              Defendants.  :
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/5/2020

19 Civ. 9218 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on January 16, 2020, Defendants filed a letter motion for leave to file a

motion to dismiss the Amended Complaint.  ECF 23.  Plaintiffs filed a response.  ECF 25;

      WHEREAS, on February 4, 2020, Plaintiff filed a Second Amended Complaint.  ECF 27.

It is hereby

      **ORDERED** that, if Defendants intend to file a motion to dismiss the Second Amended

Complaint, Defendants shall file a letter motion for leave to file a motion to dismiss no later than

**February 11, 2020**.  If Defendants file such a letter motion, Plaintiffs shall file a response by

**February 18, 2020**.

Dated: February 5, 2020
      New York, New York

                             LORNA G. SCHOFIELD
                           UNITED STATES DISTRICT JUDGE