

101 Park Avenue, 17th Floor
New York, NY 10178
Tel (212) 878-7900  Fax (212) 692-0940
www.foxrothschild.com

GLENN S. GRINDLINGER
Direct No: 212.905.2305
Email: GGrindlinger@FoxRothschild.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __3/25/2020__

March 25, 2020

**VIA ECF**

Hon. Mary Kay Vyskocil
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Granted. SO ORDERED.**

Date: __3/25/2020__
New York, New York

/s/ Mary Kay Vyskocil
Mary Kay Vyskocil
United States District Judge

Re: *Rivas, et al. v. Felidia Restaurant, Inc., et al.*
    **Civil Action No.: 19-cv-09218-MKV**

Dear Judge Vyskocil:

We represent Defendants in the above-referenced matter. With the consent of Plaintiffs' counsel, we write to respectfully request an adjournment *sine die* of the initial conference scheduled for April 1, 2020.

The parties have reached a settlement agreement in principal, which is currently out for signature. We anticipate being in a position to submit the agreement to the Court for approval within thirty days. As such, we respectfully request that the initial conference, as well as all other upcoming conferences and deadlines, be adjourned *sine die*. This is the first request of its kind.

Respectfully Submitted,

/s/ Glenn S. Grindlinger

Glenn S. Grindlinger

cc: All counsel of record (via ECF)

A Pennsylvania Limited Liability Partnership

California   Colorado   Delaware   District of Columbia   Florida   Georgia   Illinois   Minnesota   Nevada
New Jersey   New York   North Carolina   Pennsylvania   South Carolina   Texas   Virginia   Washington

108933356.v1